

Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, Colorado 80202

O  +1 303 830 1776
F  +1 303 894 9239
squirepattonboggs.com

Brent R. Owen
T  +1 303 830 1776
brent.owen@squirepb.com

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 19 2022

RECEIVED

December 14, 2022

**VIA U.S. MAIL**
Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

**Re: Notice of Counsel Departure from Law Firm**
*SOLENEX LLC, Plaintiff-Appellee v. DEBRA A. HAALAND, Defendants-Appellants*
Case Nos. 22-5291 and 22-5296

Dear Clerk:

PLEASE TAKE NOTICE that effective November 30, 2022, counsel of record for Plaintiff-Appellee Solenex LLC in the above-referenced case Ivan L. London is no longer affiliated with the law firm of Squire Patton Boggs (US) LLP. Plaintiff-Appellee Solenex LLC will continue to be represented by counsel of record Zhonette M. Brown and David Christopher McDonald with Mountain States Legal Foundation and, as such, will continue to have representation in this case without the law firm of Squire Patton Boggs (US) LLP.

Effective immediately, please remove the email address ivan.london@squirepb.com, which is no longer functional, from all ECF service and distribution lists regarding the above-captioned proceeding.

Sincerely,

Squire Patton Boggs (US) LLP

Brent R. Owen

cc:  Solenex LLC c/o Zhonette M. Brown, zhonette@mslegal.org
     Solenex LLC c/o David C. McDonald, dmcdonald@mslegal.org
     Ivan L. London – 1229 Cook Street, Denver, CO 80206

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-9410-6886/1/AMERICAS



SQUIRE
PATTON BOGGS

717 17th Street, Suite 1825
Denver, CO 80202



DENVER CO 802

14 DEC 2022 PM 3 L

$0.57
US POSTAGE
FIRST-CLASS
062S0001443185
FROM 80202

Clerk of Court
United States Court of Appeals for the
District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and
William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

20001-289999