# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5291** | **September Term, 2022** |
| | 1:13-cv-00993-RJL |
| | **Filed On: August 2, 2023** [2010711] |

Solenex LLC, A Louisiana Limited Liability Company,

        Appellee

    v.

Debra A. Haaland, Secretary, U.S. Department of the Interior, et al.,

        Appellees

Blackfeet Headwaters Alliance, et al.,

        Appellants

------------------------------

Consolidated with 22-5296

## O R D E R

    Upon consideration of federal appellants' unopposed motion for a 30-day extension of time to file the opening briefs, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief(s) | September 7, 2023 |
| Appellees' Brief | October 10, 2023 |
| Appellants' Reply Brief(s) | October 31, 2023 |
| Deferred Appendix | November 7, 2023 |
| Final Briefs | November 21, 2023 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk