# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5291** | **September Term, 2023** |
| | 1:13-cv-00993-RJL |
| | Filed On: September 5, 2023 [2015291] |

Solenex LLC, A Louisiana Limited Liability Company,

        Appellee

    v.

Debra A. Haaland, Secretary, U.S. Department of the Interior, et al.,

        Appellees

Blackfeet Headwaters Alliance, et al.,

        Appellants

------------------------------

Consolidated with 22-5296

# O R D E R

    Upon consideration of the joint unopposed motion to hold appeals in abeyance, it is

    **ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

    The parties are directed to file status reports at 90-day intervals beginning December 4, 2023.

    The parties are directed to file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                          BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk