# United States Court of Appeals
#### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5291** | **September Term, 2023** |
| | 1:13-cv-00993-RJL |
| | **Filed On: October 12, 2023** |

Solenex LLC, A Louisiana Limited Liability Company,

      Appellee

    v.

Debra A. Haaland, Secretary, U.S. Department of the Interior, et al.,

      Appellees

Blackfeet Headwaters Alliance, et al.,

      Appellants

------------------------------

Consolidated with 22-5296

## O R D E R

Upon consideration of the joint stipulation for voluntary dismissal, it is

    **ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. No mandate will issue.

                                                                 **FOR THE COURT:**
                                                                 Mark J. Langer, Clerk

                                   BY:    /s/
                                                       Laura M. Morgan
                                                       Deputy Clerk