# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5291**                                                **September Term, 2022**

1:13-cv-00993-RJL

**Filed On: June 5, 2023** [2002259]

Solenex LLC, A Louisiana Limited Liability Company,

        Appellee

     v.

Debra A. Haaland, Secretary, U.S. Department of the Interior, et al.,

        Appellees

Blackfeet Headwaters Alliance, et al.,

        Appellants

------------------------------

Consolidated with 22-5296

## O R D E R

    Upon consideration of defendant-appellants' unopposed motion for a 60-day extension of time to file the opening briefs, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellants' Brief(s) | August 8, 2023 |
| Appellees' Brief | September 7, 2023 |
| Appellants' Reply Brief(s) | September 28, 2023 |
| Deferred Appendix | October 5, 2023 |
| Final Briefs | October 19, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk